**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | No. CR 05-50135-PHX-EHC |
| vs. ) | |
| ) | **ORDER** |
| Oscar Cadena-Solis, ) | |
| Defendant. ) | |

On October 6, 2005, Defendant appeared before the undersigned for an initial appearance on a supervised release violation and at that time the Court considered the issue of detention. Defendant submitted on the issue of detention because he had been detained previously in another matter then pending in this Court, CR 05-0634-PHX-EHC. Accordingly, Defendant was ordered detained pending further proceedings. Due to a clerical error, a written detention order regarding this matter was not filed. In light of Defendant's subsequent conviction and sentencing in the above-captioned matter, this clerical error has been rendered moot but the Court enters this Order to complete the record.

DATED this 22nd day of May, 2006.

_____
David K. Duncan
United States Magistrate Judge